# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action:** 10-cv-02160-MSK-CBS | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:** July 6, 2011 | **Courtroom Deputy:** Laura Galera |

TRAVELERS INDEMNITY COMPANY,    John Andrew Bennett
                                Peter S. Dusbabek
    Plaintiff/Counter Defendant,

v.

BOARD OF COUNTY COMMISSIONERS    Julie Richards
FOR LARIMER COUNTY,              David Ayraud

    Defendant/Counter Claimant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:** 2:04 p.m.
Court calls case. Appearances of counsel.

Parties address the court regarding the Stipulated Motion for Amendment of Scheduling Order [33]and the Unopposed Motion for Leave to Take One Deposition Out of Time [37].

For the reasons as stated on the record, it is:

**ORDERED:** Unopposed Motion for Leave to Take One Deposition Out of Time [37] is GRANTED. The deposition should occur no later than **July 31, 2011.**

**ORDERED:** Stipulated Motion for Amendment of Scheduling Order [33] is GRANTED. No expert depositions will take place (absent an agreement of the parties) prior to a ruling on the Motion for Summary Judgment. However, all expert depositions must be taken and completed prior to the Final Pretrial Conference to be set by the Honorable Judge Krieger. The parties shall comply with any deadlines regarding 702 motions issued by the Honorable Judge Krieger.

HEARING CONCLUDED.

**Court in recess:**    **2:15 p.m.**
Total time in court:    00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.